IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NUMBER 07-M- 6062 -CJP
)
BRIAN M. GREEN, )
)
Defendant. )

## WARRANT FOR ARREST

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRIAN M. GREEN** and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with:

**TRAVELING IN INTERSTATE COMMERCE FOR THE PURPOSE OF ENGAGING IN AN ILLICIT SEXUAL ACT**

in violation of Title 18, United States Code, Sections 2423(b).

CLIFFORD J. PROUD                    UNITED STATES MAGISTRATE JUDGE

Signature of Issuing Officer          24 July 2007
                                       Date, East St. Louis, IL


(By) Deputy Clerk


Bail fixed at $_____      by _____
                                   CLIFFORD J. PROUD

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| Date Received: _____ Date of Arrest: _____ |
| Name and Title of Arresting Officer   Signature of Arresting Officer |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Defendant's Name: BRIAN MICHAEL GREEN

Alias:

Last Known Residence: 1910 Jeffrey Martin Drive
O'Fallon, Missouri 63366

Last Known Employment: Wright City Missouri Police Department

Place of Birth:

Date of Birth: 5/9/1973

Social Security Number: ███████

Height:                          Weight:

Sex:   Male                      Race:   White

Hair:                            Eyes:

Scars, Tattoos, Other Distinguishing Marks:

FBI Number:

Complete Description of Auto:

Investigative Agency and Address:     Special Agent Tyrone K. Forte
                                      Federal Bureau of Investigation
                                      6701 North Illinois
                                      Fairview Heights, IL  62208
                                      (618) 394-5629